UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x

SOMERSET BK LLC,

                Plaintiff,

      -v-

GETTY REALTY CORP. and GETTY
PROPERTIES CORP.,

                Defendants.
-----------------------------------------------------------------x

No. 3:12-cv-05294 (JAP)(DEA)

ECF Case

**NOTICE OF VOLUNTARY
DISMISSAL**

TO THE CLERK OF THE COURT:

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action with prejudice and without costs to any party.

Dated: New York, New York
         November 28, 2012

                      GREENBERG FREEMAN LLP

                      By:   /s/ *Michael A. Freeman*
                          Michael A. Freeman (MF-9600)
                          110 East 59th Street, 22nd Floor
                          New York, New York 10022
                          (212) 838-3121
                          Attorneys for Plaintiff